UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HUBERT B. FARQUHARSON,

                    Petitioner,

                                                2:06-cv-80-FtM-29DNF
vs.                                             2:04-cr-63-FtM-29DNF

UNITED STATES OF AMERICA,

                    Respondent.
_____

## OPINION AND ORDER

_____This matter comes before the Court on petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) and supporting Memorandum (Doc. #2).  The government filed a Response (Doc. #12) conceding the ineffective assistance of counsel issue because petitioner's retained counsel failed to file a timely notice of appeal despite being clearly directed to do so by petitioner.  Petitioner filed a Motion for Leave to File Affidavit(s) in Support of Motion Under 28 U.S.C. § 2255 (Doc. #3), which will be denied as moot, and a Rebuttal (Doc. #13).

The procedural history of this case is correctly set forth in the government's Response.  It is clear, as the government agrees, that petitioner is entitled to a belated appeal because of ineffective assistance of counsel in failing to file a timely notice of appeal.  Therefore, the procedure described in United

States v. Phillips, 225 F.3d 1198, 1201 (11th Cir. 2000) will be applied to this case.  Pursuant to McIver v. United States, 307 F.3d 1327, 1332 (11th Cir. 2002) the Court will dismiss without prejudice the remainder to petitioner's current § 2255 motion.

Accordingly, it is now

**ORDERED**:

1.  Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody (Doc. #1) is **GRANTED IN PART AND DISMISSED IN PART** as set forth below.  The Clerk shall enter a judgment in the civil case granting in part and dismissing in part the Petition.

2.  In Case No. 2:04-cr-63-FtM-29DNF the Judgment in a Criminal Case (Doc. #56) as to Hubert B. Farquharson is **vacated.**

3.  Defendant Hubert B. Farquharson is **re-sentenced** to the same sentence as originally imposed in the Judgment in a Criminal Case (Case No. 2:04-cr-63, Doc. #56), and the Clerk of the Court shall enter a new Judgment in a Criminal Case imposing the same terms as originally imposed.

4.  Defendant Hubert B. Farquharson is advised that he has a right to appeal from the conviction and sentence in the Judgment in a Criminal Case to be entered pursuant to this Opinion and Order, and that to do so he must file a Notice of Appeal within **ten (10) days** of the entry of the Judgment in a Criminal Case.  Fed. R. App. P. 4(b)(1)(A)(I).

-2-

5.  In light of petitioner's previous request for the Court to file the notice of appeal (Doc. #14), pursuant to Fed. R. Crim. P. 32(j)(2), **the Clerk of the Court is directed to prepare and file a notice of appeal from the judgment in the criminal case** to be entered pursuant to this Opinion and Order.

6.  Based upon defendant's prior Application to Proceed Without Prepayment of Fees and Affidavit (Case No. 2:04-cr-63, Doc. #67), the Court finds that defendant is **entitled to proceed *in forma pauperis* and directs the Clerk of the Court to appoint the next available counsel from the Criminal** Justice Act panel to represent defendant on appeal from the criminal judgment in the criminal case.

7.  The remaining issues in the motion are dismissed without prejudice.

8.  The Clerk shall file a copy of this Opinion and Order in the criminal case file, along with a certified copy of the civil judgment, and close the civil case file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of March, 2007.

JOHN E. STEELE
United States District Judge

Copies:
Counsel of Record
Hubert B. Farquharson
DCCD
MAGCD